**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court."
Although it is posted on the internet, this opinion is binding only on the
parties in the case and its use in other cases is limited. R.1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2618-15T1

CHARLES BRESSMAN,

    Plaintiff-Respondent/
    Cross-Appellant,

v.

J&J SPECIALIZED, LLC,

    Defendant-Appellant/
    Cross-Respondent.

_____

        Argued April 24, 2017 — Decided May 31, 2017

        Before Judges Sabatino and Currier.

        On appeal from Superior Court of New Jersey,
        Chancery Division, Passaic County, Docket No.
        C-0020-11.

        Peter R. Bray argued the cause for
        appellant/cross-respondent (Bray & Bray,
        L.L.C., attorneys; Mr. Bray, on the briefs).

        Joshua S. Bauchner argued the cause for
        respondent/cross-appellant (Ansell Grimm &
        Aaron, attorneys; Mr. Bauchner, on the
        briefs).

PER CURIAM

    We have been advised that this matter has been amicably

adjusted and the parties have stipulated to the dismissal of this

appeal pursuant to the terms of a concurrently filed Consent Order. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2618-15T1